UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

EDWARD DAWICKI

CRIMINAL NO: 3:04CR00207(WIG)

FILED
2008 APR 10 A 8: 36
U.S. DISTRICT COURT

## ORDER MODIFYING TERM OF PROBATION

On February 5, 2005, Edward Dawicki, after a plea of guilty to a violation of 21 U.S.C. §§ 846 and 844(a), Attempted Possession of Cocaine Base / Crack Cocaine, was sentenced to 3 years' probation, as ordered by the Honorable William I. Garfinkel, United States Magistrate Judge, sitting in the court at Bridgeport, Connecticut. On this date, in addition to the mandatory and standard conditions of probation, the Court imposed the following special conditions: 1) Defendant to participate and successfully complete the Crossroads Program; 2) Defendant will participate in drug treatment and testing at the discretion of the United States Probation Officer; 3) Any additional psychological testing will be at the discretion of the United States Probation Officer and; 4) Defendant shall pay a fine of $1,000, payable in installments of $40 per month. Interest in the fine is waived.

The probationer was presented before this Court on April 4, 2008, to answer the charge that he violated the conditions of his probation as cited in a Petition on Probation and Supervised Release dated March 24, 2008.

The probationer was represented by appointed counsel Richard C. Marquette, and given the opportunity to be heard;

WHEREAS, the Court held in abeyance the charge cited within the Petition on Probation and Supervised Release; specifically, that the defendant submitted a urine screen which was confirmed positive for the presence of cocaine on March 14, 2008, while also admitting to his probation officer that he had actively used the illicit substance since February 18, 2008.

NOW, THEREFORE, IT IS HEREBY ORDERED that the defendant's term of probation be modified to require the extension of the term of probation, to expire on August 8, 2008. During that term, the defendant shall abide by the rules, regulations and expectations of the Grant Street Partnership drug residential treatment program in New Haven. The original conditions of probation shall remain in full effect.

Signed and dated at Bridgeport, Connecticut this 8th of April 2008.

/S/ William I Garfinkel USMJ
The Honorable William I. Garfinkel
United States Magistrate Judge